138 So.2d 713

Ex parte James S. PHIFER.

6 Div. 872.

Court of Appeals of Alabama.

March 1, 1962.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

Earl McBee, Birmingham, for City of Birmingham.

PER CURIAM.

Petition denied.

133 So.2d 705

Robert L. PARKER, Jr.

v.

CITY OF BIRMINGHAM.

6 Div. 800.

Court of Appeals of Alabama.

May 30, 1961.

Rehearing Denied June 20, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for appellant.

Watts E. Davis and Wm. C. Walker, Birmingham, for appellee.

HARWOOD, Presiding Judge.

Affirmed on authority of Gober v. City of Birmingham, ante, p. 313, 133 So.2d 697.

143 So.2d 312

Perry W. MOORE, alias,

v.

STATE.

3 Div. 118.

Court of Appeals of Alabama.

June 5, 1962.

Rehearing Denied June 19, 1962.

Perry W. Moore, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed on authority of Griffin v. State, 258 Ala. 557, 63 So.2d 682; Argo v. State, ante, p. 347, 133 So.2d 201.